

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2020

No. 04-20-00429-CV

**IN THE INTEREST OF Y.Z., N.A.Z., J.F.Z., AND V.V.Z., CHILDREN**

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3814CCL
Honorable Sergio J. Gonzalez, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating the appellant's parental rights. The appellant's brief was originally due to be filed on October 12, 2020.

By order dated October 12, 2020, appellant's first motion for extension of time was granted, extending the deadline to file the brief to October 23, 2020. Because the disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration our order noted this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Our order further stated, "Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored."

On October 23, 2020, appellant's attorney filed a second motion for extension of time requesting an additional three-day extension. The motion is GRANTED. Appellant's brief must be filed no later than October 26, 2020. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2020.



Michael A. Cruz,
Clerk of Court